**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1024

Mid-City Automotive, L.L.C.

- - Versus - -

State of Louisiana, The Department of Public Safety &
Corrections; Office of State Police

19th Judicial District Court
Case #: 647483
East Baton Rouge Parish

On Application for Rehearing filed on 04/18/2022 By State of Louisiana, The Department of Public Safety & Corrections;
Office of State Police

Rehearing ___DENS_____

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth Wolfe

Date ___MAY 1 2 2022___

_____
Rodd Naquin, Clerk